| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM CHAVEZ,<br><br>Defendant. | No. 1:15-CR-00169-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE RE SENTENCING |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Abraham Chavez, attorney for the defendant, that the status of sentencing set for January 16, 2018 at 10:00 am before the Honorable Dale A. Drozd, U.S. District Court Judge, be continued to June 18, 2018 at 10:00 a.m. The reason for the request is set forth in defendant's status report, C.R. 129, regarding his continued participation in the Delancey Street Program. The government has not received any information to dispute what defense sets forth in the status report. As such, the parties believe that setting

**[Remainder of page intentionally left blank.]**

1

another status on June 18, 2018 is appropriate to continue to monitor the defendant's progress.

Dated: January 10, 2018                    Respectfully submitted,

                                                                                                   McGREGOR W. SCOTT
United States Attorney

                                                                         By    /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: January 10, 2018                    /s/ Kevin Little
KEVIN LITTLE
Attorney for Defendant

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the status conference regarding sentencing in this case. Good cause appearing, the status conference as to the above named defendant currently scheduled for January 16, 2018, is continued until June 18, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **January 10, 2018**                    _____
                                                                         UNITED STATES DISTRICT JUDGE