Kevin G. Little, SBN 149818
Law Office of Kevin G. Little
Post Office Box 8656
Fresno, California   93747
Telephone:  (559) 342-5800
Facsimile:   (559) 420-0839
E-Mail:  kevin@kevinglittle.com

Attorneys for Defendant
ABRAHAM CHAVEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>            v.<br><br>ABRAHAM CHAVEZ,<br><br>                        Defendant. | Case No. 1:15-cr-00169-DAD-BAM-5<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE FOR DEFENDANT ABRAHAM CHAVEZ;**<br>**ORDER THEREON** |

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Defendant, Abraham Chavez, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Specifically, Defendant requests a waiver of appearance for the Status Conference on January 16, at 10:00 AM.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Kevin G. Little, the same as if Defendant were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place. Defendant understands that he will need to be present at any hearing involving

any substantive issue. Defendant respectfully requests that the Court waive his appearance at the January 16, 2018 status conference hearing, and all future non-substantive hearings.

Respectfully submitted,

DATED: January 10, 2018
*/s/ Kevin G. Little*
KEVIN G. LITTLE
Law Office of Kevin G. Little
Attorney for Defendant
Abraham Chavez

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive proceedings until further order.[1]

IT IS SO ORDERED.

Dated: **January 11, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

---

[1] The court notes, however, that the January 16, 2018 status conference referred to by counsel in the request has been continued to June 18, 2018.