| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff United States of America |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM CHAVEZ,<br><br>Defendant. | Case No. 1:15-cr-00169-DAD-BAM-5<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and the undersigned attorney for defendant Abraham Chavez that the sentencing hearing set for June 18, 2018 at 10:00 am before the Honorable Dale A. Drozd, U.S. District Court Judge, be continued to October 22, 2018 at 10:00 a.m. The reason for the request is that the parties have received information indicating that the defendant remains in the Delancey Street Program as is expected to remain there until early 2019.

**[Remainder of page intentionally left blank.]**

1

| | |
|---|---|
| 1 | As such, the parties believe that setting another status on June 18, 2018 is appropriate to continue |
| 2 | to monitor the defendant's progress. |

Dated: June 8, 2018  
                                    Respectfully submitted,  
                                    McGREGOR W. SCOTT  
                                    United States Attorney

                            By    /s/ Kimberly A. Sanchez  
                                   KIMBERLY A. SANCHEZ  
                                   Assistant U.S. Attorney

Dated: June 8, 2018  
                                    /s/ Kevin Little  
                                    KEVIN LITTLE  
                                    Attorney for Defendant

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for June 18, 2018, is continued until October 22, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **June 11, 2018**  
                                          UNITED STATES DISTRICT JUDGE